IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH ANN VOICH, | ) | |
|     Petitioner, | ) | |
| | ) | |
|     vs. | ) | Civil Action No.  06-470 |
| | ) | |
| RHODA A WINSTEAD, et al., | ) | |
|     Respondents. | ) | |

O R D E R

AND NOW, this 17th day of July, 2006, after the petitioner, Deborah Ann Voich, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the petition and the record and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 2), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner (Docket No. 1) is dismissed and a certificate of appealability is denied as the petition is time barred.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the petitioner desires to appeal from this Order she must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc:    Deborah Ann Voich
       OC-4873
       SCI CBS
       451 Fullerton Avenue
       Cambridge Springs, PA 16403